DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN C. HIGHSMITH**,
Appellant,

v.

**DEPARTMENT OF REVENUE** o/b/o
**ISABEL ELLIOTT**,
Appellee.

No. 4D18-743

[August 16, 2018]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 561999DR000736.

Brian C. Highsmith, Gainesville, Texas, pro se.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***